# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, §§§§§ | Civil Action No.: 6:20-cv-00981-ADA |
| *Plaintiff,* §§ | **JURY TRIAL DEMANDED** |
| v. § | |
| CANON, INC. and CANON U.S.A., INC., §§§ | |
| *Defendants.* §§ | |

**PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE UPON CANON U.S.A., INC.**

Plaintiff WSOU Investments, LLC, through its undersigned counsel, hereby files the Affidavit of Service confirming personal service of the Second Amended Complaint in the above-captioned action upon Defendant Canon U.S.A., Inc., attached hereto as **Exhibit A**.

1

Dated:  October 21, 2021 RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
   Jonathan K. Waldrop (CA Bar No. 297903)
   (Admitted in this District)
   jwaldrop@kasowitz.com
   Darcy L. Jones (CA Bar No. 309474)
   (Admitted in this District)
   djones@kasowitz.com
   Marcus A. Barber (CA Bar No. 307361)
   (Admitted in this District)
   mbarber@kasowitz.com
   John W. Downing (CA Bar No. 252850)
   (Admitted in this District)
   jdowning@kasowitz.com
   Heather S. Kim (CA Bar No. 277686)
   (Admitted in this District)
   hkim@kasowitz.com
   Jack Shaw (CA Bar No. 309382)
   (Admitted in this District)
   jshaw@kasowitz.com
   **KASOWITZ BENSON TORRES LLP**
   333 Twin Dolphin Drive, Suite 200
   Redwood Shores, California 94065
   Telephone: (650) 453-5170
   Facsimile: (650) 453-5171

   Bradley P. Lerman (NY Bar No. 4906079)
   (*Pro hac vice* admission)
   blerman@kasowitz.com
   Jayita Guhaniyogi (NY Bar No. 5349022)
   (*Pro hac vice* admission)
   jguhaniyogi@kasowitz.com
   Hershy Stern (NY Bar No. 4631024)
   (*Pro hac vice* admission)
   hstern@kasowitz.com
   Howard L. Bressler (NY Bar No. 248379)
   hbressler@kasowitz.com
   (*Pro hac vice* admission)
   **KASOWITZ BENSON TORRES LLP**
   1633 Broadway
   New York, NY 10019
   Telephone: (212) 506-1700
   Facsimile:  (212) 506-1800

   Mark D. Siegmund (TX Bar No. 24117055)
   mark@swclaw.com
   **STECKLER WAYNE COCHRAN CHERRY PLLC**
   8416 Old McGregor Road
   Waco, TX 76712

2

Telephone: (254) 651-3690
Facsimile: (972) 387-4041

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a**
**BRAZOS LICENSING AND**
**DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of record, on this 21st day of October, 2021.

                                                */s/ Jonathan K. Waldrop*
                                                **Jonathan K. Waldrop**