IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00980-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00981-ADA |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| CANON INC. and CANON U.S.A., | § | |
| INC., | § | |
| *Defendants*. | § | |

**JOINT STIPULATION CONCERNING SECOND AMENDED COMPLAINTS**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU")

and Defendants Canon Inc. and Canon U.S.A., Inc. ("Canon") (collectively, the "Parties"), hereby

stipulate through their respective counsel of record as follows:

WHEREAS, on October 12, 2021, WSOU filed Second Amended Complaints against

Canon, which include claims for indirect infringement (6:20-cv-00980, Dkt. 70; 6:20-cv-00981,

Dkt. 56);

WHEREAS, WSOU agrees to withdraw its indirect infringement claims as pleaded in its

Second Amended Complaints without prejudice;

WHEREAS, Canon agrees not to move to dismiss the Second Amended Complaints on the

grounds that they contain claims for indirect infringement;

WHEREAS, the Parties agree that this stipulation does not impede WSOU's ability to re-

plead and re-allege claims for indirect infringement (including, but not limited to, *e.g.*, based on

facts learned during discovery that support WSOU's indirect infringement claims); and

WHEREAS, the Parties agree that this stipulation does not impede Canon's ability to seek a motion to dismiss or transfer under Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. Section 1406(a) or a motion to transfer under 28 U.S.C. Section 1404(a).

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between WSOU and Canon through their respective undersigned counsel that:

- WSOU's indirect infringement claims as pleaded in its Second Amended Complaints (6:20-cv-00980, Dkt. 70; 6:20-cv-00981, Dkt. 56) are withdrawn without prejudice;

- Canon will not move to dismiss the Second Amended Complaints on the grounds that they contain claims for indirect infringement;

- WSOU may re-plead and re-allege claims for indirect infringement (including, but not limited to, *e.g.*, based on facts learned during discovery that support WSOU's indirect infringement claims); and

- Canon may move to dismiss or transfer under Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. Section 1406(a) or a motion to transfer under 28 U.S.C. Section 1404(a).

**IT IS SO STIPULATED.**

Date:  October 22, 2021                              Respectfully submitted,

*/s/ Mark D. Siegmund*
Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE COCHRAN
CHERRY, PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District )
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive,
Suite 200 Redwood Shores,
California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

**ATTORNEYS FOR PLAINTIFF WSOU
INVESTMENTS, LLC d/b/a BRAZOS
LICENSING AND DEVELOPMENT**

3

Date:  October 22, 2021                                     Respectfully submitted,

/s/ John M. Jackson
John M. Jackson (Texas Bar No. 24002340)
jjackson@jw.com
**JACKSON WALKER, LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
Fax: (214) 953-5822

Joseph A. Calvaruso (*pro hac vice*)
jcalvaruso@orrick.com
Richard F. Martinelli (*pro hac vice*)
rmartinelli@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151

**ATTORNEYS FOR DEFENDANT
CANON INC. and CANON U.S.A., INC.**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on October 22, 2021.

/s/ Mark D. Siegmund
Mark D. Siegmund

4