# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>    *Plaintiff,*<br><br>v.<br><br>CANON INC. and CANON U.S.A., INC.,<br>    *Defendants.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA |

## JOINT NOTICE CONCERNING AGREEMENT TO EXTEND DEADLINES

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Canon Inc. and Canon U.S.A., Inc. ("Canon") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadline, submit this Joint Notice to memorialize their agreement to extend case deadlines. The Parties have agreed to adjust the Scheduling Order to afford the Parties more time to streamline the cases, to provide the parties more time to resolve venue discovery, and additional time to complete depositions and further prepare for the *Markman* hearing. The Parties have jointly agreed to modify the schedule as follows:

| Event | Proposed Deadline |
|---|---|
| Canon Inc. deadline to serve venue discovery on WSOU | October 21, 2021 |
| Canon Inc.'s response to WSOU's Second Amended Complaints | November 4, 2021 |
| Canon U.S.A., Inc.'s response to WSOU's Second Amended Complaints | November 4, 2021 |
| Canon Inc.'s responses to WSOU's venue Interrogatories and Requests for Production of Documents | November 8, 2021 |

1

| | |
|---|---|
| Canon U.S.A., Inc.'s responses to WSOU's venue Interrogatories and Requests for Production of Documents | November 8, 2021 |
| WSOU's Rule 30(b)(6) deposition of Canon Inc. | Week of November 8 |
| WSOU's Rule 30(b)(6) deposition of Canon U.S.A., Inc. | Week of November 8 |
| WSOU responses to Canon, Inc.'s venue Interrogatories and Requests for Production of Documents | November 10, 2021 |
| Canon Inc.'s 30(b)(6) deposition of WSOU | Week of November 15 |
| WSOU's opposition to Canon, Inc.'s transfer motion | November 22, 2021 |
| Canon Inc.'s reply in support of its transfer motion | December 1, 2021 |
| Joint Claim Construction Statement | December 3, 2021 |
| Technical Tutorials | December 6, 2021 |
| *Markman* hearing | December 16, 2021 |
| Deadline to serve final infringement contentions and final invalidity contentions | February 1, 2021 |

Date: October 22, 2021                                      Respectfully submitted,

*/s/ Mark D. Siegmund*
Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District )
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive,
Suite 200 Redwood Shores,
California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

**ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

Date:  October 22, 2021     Respectfully submitted,

/s/ John M. Jackson
John M. Jackson (Texas Bar No. 24002340)
jjackson@jw.com
**JACKSON WALKER, LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
Fax: (214) 953-5822

Joseph A. Calvaruso (*pro hac vice*)
jcalvaruso@orrick.com
Richard F. Martinelli (*pro hac vice*)
rmartinelli@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151

**ATTORNEYS FOR DEFENDANT
CANON INC. and CANON U.S.A., INC.**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on October 22, 2021.

/s/ Mark D. Siegmund
Mark D. Siegmund