**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00980-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00981-ADA** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CANON INC. and CANON U.S.A.,** | § | |
| **INC.,** | § | |
| *Defendants.* | § | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO RESET MARKMAN**
**HEARING**

The Court, having considered the Joint Motion to Reset *Markman* Hearing Date, hereby

ORDERS that the motion is GRANTED.

The *Markman* hearing for 6:20-cv-00980 and 6:20-cv-981 is reset to December 16, 2021.


SIGNED this _____ day of _____ 2021.


_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE