## PROOF OF SERVICE

### UNITED STATES DISTRICT COURT
### for the
### WESTERN District of TEXAS
### Cause No. 6:20-cv-00981-ADA

**WSOU Investments, LLC d/b/a Brazos Licensing and Development**

*Plaintiff(s)*

vs.

**Canon, Inc. and Canon U.S.A., Inc.**

*Defendant(s).*

Came to hand on October 29, 2021, at 4:27 PM.

And executed at the address of **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701** on November 2, 2021 at 1:08 PM, by delivering to the within named:

**Canon Solutions America, Inc. c/o Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company**

by personally delivering the document(s) by and through its designated agent, Evie Lichtenwalter, Authorized Agent to Accept Service of Process, true copies of this Plaintiff WSOU Investments, LLC's Notice of Subpoena of Canon Solutions America, Inc.; Subpoena to Produce Documents in a Civil Action; $1.00 Witness Fee, having first endorsed on such copy the date of delivery at the address location of 211 E. 7th Street, Suite 620, Austin, TX 78701 in the county of Travis.

I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct.

By: _____
John J. Donohoe PSC-8998; Exp. 9/30/2023

### VERIFICATION

STATE OF TEXAS
COUNTY OF WILLIAMSON

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared, John J. Donohoe, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office this 2 day of November, 2021.

_____
NOTARY PUBLIC OF THE STATE OF TEXAS

RACHEL STREIT
Notary Public, State of Texas
Comm. Expires 03-22-2025
Notary ID 129361983

Service Fee: $ _____
Job ID#: 2102442
Steckler, Wayne, Cochran, Cherry, PLLC