# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Canon Inc. and Canon U.S.A., Inc.<br><br>　　　　Defendants. | Case No. 6:20-cv-00981 |

## DEFENDANT CANON U.S.A., INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Canon U.S.A., Inc., through its undersigned counsel, hereby states as follows:

Canon U.S.A., Inc. is a wholly owned subsidiary of Canon Inc., which is a publicly traded corporation organized and existing under the laws of Japan. Canon Inc. has no parent corporation.

| | |
|---|---|
| Dated: November 5, 2021 | Respectfully Submitted, |

/s/ Richard F. Martinelli

Richard F. Martinelli (*pro hac vice*)
rmartinelli@orrick.com
Joseph A. Calvaruso (*pro hac vice*)
jcalvaruso@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151

John M. Jackson (Texas Bar No. 24002340)
jjackson@jw.com
**JACKSON WALKER, LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
Fax: (214) 953-5822

*Attorneys for Defendant*
*Canon U.S.A., Inc.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically on the 5th day of November, 2021 in compliance with CV-5 and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

                                                    */s/ John M. Jackson*
                                                   John M. Jackson