IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>　　　*Plaintiff*,<br><br>v.<br><br>CANON INC. AND CANON U.S.A., INC.<br>　　　*Defendants.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA |
| CANON INC.,<br>　　　*Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br>　　　*Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA |

**NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES**

TO THE HONORABLE COURT:

　　Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Canon Inc. and Canon U.S.A., Inc. (collectively, "Canon") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend case deadlines. Specifically, the Parties have agreed to alter the date the Parties submit their

1

respective briefings concerning Canon's Transfer Motions (980 Case, D.I. 95; 981 Case, D.I. 84):

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| WSOU's Opposition Briefs to Canon's Motions to Transfer | December 21 | December 24 |
| Canon's Reply Briefs in Support of Motions to Transfer | January 4 | January 10 |

Dated: December 13, 2021                                   Respectfully Submitted

*/s/ Jonathan K. Waldrop*                                   */s/ Richard F. Martinelli*
Jonathan K. Waldrop (CA Bar No. 297903)         Richard F. Martinelli (*pro hac vice*)
(Admitted in this District)                                      rmartinelli@orrick.com
jwaldrop@kasowitz.com                                      Joseph A. Calvaruso (*pro hac vice*)
Darcy L. Jones (CA Bar No. 309474)                 jcalvaruso@orrick.com
(Admitted in this District )                                    **ORRICK, HERRINGTON & SUTCLIFFE LLP**
djones@kasowitz.com                                         51 West 52nd Street
Marcus A. Barber (CA Bar No. 307361)           New York, NY 10019-6142
(Admitted in this District)                                     Tel: (212) 506-5000
mbarber@kasowitz.com                                     Fax: (212) 506-5151
John W. Downing (CA Bar No. 252850)
(Admitted in this District)                                     John M. Jackson (Texas Bar No. 24002340)
jdowning@kasowitz.com                                    jjackson@jw.com
Heather S. Kim (CA Bar No. 277686)               **JACKSON WALKER, LLP**
(Admitted in this District)                                     2323 Ross Avenue, Suite 600
hkim@kasowitz.com                                          Dallas, TX 75201
**KASOWITZ BENSON TORRES LLP**           Tel: (214) 953-6000
333 Twin Dolphin Drive, Suite 200                     Fax: (214) 953-5822
Redwood Shores, California 94065
Telephone: (650) 453-5170                                **ATTORNEYS FOR DEFENDANTS**
Facsimile: (650) 453-5171                                 **CANON INC. and CANON U.S.A., INC.**

Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

**ATTORNEYS FOR PLAINTIFF**
**WSOU INVESTMENTS, LLC**
**d/b/a BRAZOS LICENSING AND**
**DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served or delivered electronically to all counsel of record on the 13th day of December, 2021.

/s/ Jonathan K. Waldrop