IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>      *Plaintiff*,<br><br>v.<br><br>CANON INC. AND CANON U.S.A., INC.<br>      *Defendants.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA |
| CANON INC.,<br>      *Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br>      *Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA |

**NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES**

TO THE HONORABLE COURT:

      Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Canon Inc. and Canon U.S.A., Inc. (collectively, "Canon") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend case deadlines. Specifically, the Parties have agreed to alter the date the Parties submit their

respective briefings concerning Canon's Transfer Motions (980 Case, D.I. 95; 981 Case, D.I. 84):

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| WSOU's Opposition Briefs to Canon's Motions to Transfer | December 24 | December 28 |
| Canon's Reply Briefs in Support of Motions to Transfer | January 10 | January 18 |

Dated: December 14, 2021 Respectfully Submitted

/s/ Jonathan K. Waldrop │ /s/ Richard F. Martinelli

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District )
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND
DEVELOPMENT**

Richard F. Martinelli (*pro hac vice*)
rmartinelli@orrick.com
Joseph A. Calvaruso (*pro hac vice*)
jcalvaruso@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151

John M. Jackson (Texas Bar No. 24002340)
jjackson@jw.com
**JACKSON WALKER, LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
Fax: (214) 953-5822

**ATTORNEYS FOR DEFENDANTS
CANON INC. and CANON U.S.A., INC.**

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served or delivered electronically to all counsel of record on the 14th day of December, 2021.

*/s/ Jonathan K. Waldrop*