# Exhibit A
# PUBLIC VERSION

Franchise Search Results





# Franchise Tax Account Status

As of : 10/22/2021 15:39:04

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

### CANON U.S.A., INC.

| | |
|---|---|
| **Texas Taxpayer Number** | 11325617725 |
| **Mailing Address** | 1 CANON PARK MELVILLE, NY 11747-3036 |
| **❷ Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | NY |
| **Effective SOS Registration Date** | 07/01/1977 |
| **Texas SOS File Number** | 0004105306 |
| **Registered Agent Name** | CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO |
| **Registered Office Street Address** | 211 E. 7TH STREET, SUITE 620 AUSTIN, TX 78701 |