# Exhibit G
# PUBLIC VERSION

# CANON AMERICAS DIRECTORY



**2021/2022**

CANON_981_00015428



**GROUP DIRECTORY**
(As of February 2021)

| Location | Phone | Activities |
|---|---|---|
| **CANON U.S.A., INC. REGIONAL OFFICES** | | |
| * One Canon Park<br>Melville, NY 11747 | 631-330-5000 | Headquarters for Canon Americas organization |
| 15955 and 15975 Alton Parkway<br>Irvine, CA 92618 | 949-753-4000 | Western Regional Office |
| 3300 North First Street<br>San Jose, CA 95134 | 408-468-2000 | San Jose Branch |
| 5625 Oakbrook Parkway<br>Norcross, GA 30093 | 770-849-7700 | Southeast Regional Office |
| 841 Bishop Street, Suite 156<br>Honolulu, HI 96813 | 808-522-5930 | Hawaii Office |
| 100 Park Boulevard<br>Itasca, IL 60143 | 630-250-6200 | Midwest Regional Office |
| 100 Ridge Road<br>Jamesburg, NJ 08831 | 732-521-7000 | Eastern Regional Office |
| 3200 Regent Boulevard<br>Irving, TX 75063 | 972-409-7800 | Southwest Regional Office |
| 4100 North Fairfax Drive, Suite 200<br>Arlington, VA 22203 | 703-807-3400 | Mid-Atlantic Regional Office |
| **CANON U.S.A., INC. FACILITIES** | | |
| 1910 South Stapley Drive, Suite 221<br>Mesa, AZ 85204 | 480-966-4983 | Industrial Products |
| 3400 West Olive Avenue, Suite 250<br>Burbank, CA 91505 | 877-277-8122 | Canon Burbank Professional Technology & Support Center –<br>Pro services & customer support operations |
| 123 Paularino Avenue<br>Costa Mesa, CA 92626 | 949-753-4200 | Canon Experience Center –<br>Interactive showroom, service facility, workshops |
| 210 Broadway, 3rd Floor<br>Cambridge, MA 02139 | 617-374-2600 | Canon Healthcare Optics Research Laboratory –<br>Research & Development |
| 245 First Street, Floor 18<br>Cambridge, MA 02142 | 617-374-2600 | Healthcare Optics Research Laboratory (HORL)<br>Satellite Office |
| 4445 W 77th Street, Suite 127<br>Edina, MN 55435 | 630-250-6558 | ANELVA Products Group |
| 125 Chubb Avenue, Suite 100N<br>Lyndhurst, NJ 07071 | 201-807-3300 | Broadcast & Communications Division |
| 4 Nancy Court, Suite 5<br>Wappinger Falls, NY 12590 | 518-465-3220 | ANELVA Products Group |

*Denotes Headquarters Location

| Location | Phone | Activities |
|---|---|---|
| **U.S.-BASED SUBSIDIARY COMPANIES** | | |
| **CANON BUSINESS PROCESS SERVICES, INC.** | | |
| \* 261 Madison Avenue, 3rd Floor<br>New York, NY 10016 | 212-502-2100 | Digital document technology and business process outsourcing services |
| 888 S. Figueroa Street, Suite 630<br>Los Angeles, CA 90017 | 310-975-9193 | |
| 100 Pine Street, Suite 220<br>San Francisco, CA 94111 | 310-975-9193 | |
| 1620 Eye Street NW, 3rd Floor<br>Washington, DC 20006 | 202-292-2267 | |
| 1201 Peachtree Street NE, 19th Floor,<br>Atlanta, GA 30361 | 404-682-1220 | |
| 200 W. Madison, Suite 3420<br>Chicago, IL 60606 | 312-663-6266 | |
| 75 Central Street<br>Boston, MA 02109 | 617-531-1278 | |
| 5000 Dearborn Circle, Suite 150<br>Mount Laurel, NJ 08054 | 856-439-5506 | |
| 75 Maiden Lane, Suite 803<br>New York, NY 10038 | 347-870-3608 | |
| 19 Bert Collins Drive<br>Scranton, PA 18152 | 570-319-7004 | |
| 4897 West Lake Park Boulevard<br>West Valley City, UT 84120 | 801-840-4640 | |
| **CANON ENVIRONMENTAL TECHNOLOGIES, INC.** | | |
| 6000 Industrial Drive<br>Gloucester, VA 23061 | 804-695-7000 | Toner Cartridge Recycling |
| **CANON FINANCIAL SERVICES, INC.** | | |
| \* 158 Gaither Drive<br>Mount Laurel, NJ 08054 | 800-220-0200 | Commercial lease financing for all Canon products |
| 15955 Alton Parkway<br>Irvine, CA 92618 | 800-220-0330 | |
| 4530 Conference Way South<br>Boca Raton, FL 33431 | 561-997-3100 | |
| 4560 Communication Avenue<br>Boca Raton, FL 33421 | 561-997-3100 | |
| 5625 Oakbrook Parkway<br>Norcross, GA 30093 | 800-220-0200 | |
| 225 S. Washington Street, Suite 600<br>Chicago, IL 60606 | 312-986-0100 | |
| 100 Park Boulevard<br>Itasca, IL 60143 | 800-220-0200 | |

\* Denotes Headquarters Location

| Location | Phone | Activities |
|---|---|---|
| **U.S.-BASED SUBSIDIARY COMPANIES** | | |
| **CANON FINANCIAL SERVICES, INC. (continued)** | | |
| One Canon Park<br>Melville, NY 11747 | 631-330-5000 | Commercial lease financing for all Canon products |
| **CANON INFORMATION & IMAGING SOLUTIONS, INC.** | | |
| *One Canon Park<br>Melville, NY 11747 | 631-330-5000 | Business process automation solutions, professional services, and software development services |
| 15975 Alton Parkway<br>Irvine, CA 92618 | 949-932-3100 | |
| 3300 North First Street<br>San Jose, CA 95134 | 408-468-2000 | |
| **CANON INFORMATION TECHNOLOGY SERVICES, INC.** | | |
| *850 Greenbrier Circle<br>Chesapeake, VA 23320 | 757-579-7100 | Customer support, call center |
| 4041 Jefferson Plaza NE, Suite 200<br>Albuquerque, NM 87109 | 505-342-4909 | |
| **CANON SOLUTIONS AMERICA, INC.** | | |
| *One Canon Park<br>Melville, NY 11747 | 631-330-5000 | Business machines and related solutions and services |
| | | *See Page 7 for additional locations…* |
| **CANON VIRGINIA, INC.** | | |
| *12000 Canon Boulevard<br>Newport News, VA 23602 | 757-881-6001 | Advanced manufacturing, engineering and product services |
| Canon Virginia Oakland<br>120 Enterprise Drive<br>Newport News, VA 23603 | 757-887-0211 | Reverse logistics services |
| **ONYX GRAPHICS, INC.** | | |
| *6915 High Tech Drive<br>Midvale, UT 84047 | 801-568-9900 | End-to-end solutions for print production workflow |

| Location | Phone | Activities |
|---|---|---|
| **AMERICAS AFFILIATED COMPANIES** | | |
| **CANON do BRASIL INDÚSTRIA e COMÉRCIO LTDA.** | | |
| *Avenida do Cafe 277, 6 andar, Torre B<br>Vila Guarani, São Paulo, Brazil, 04311-002 | +55 11 5070 7100 | Product sales & marketing |
| **CANON CANADA, INC.** | | |
| *8000 Mississauga Road<br>Brampton, Ontario L6Y 5Z7 | 905-863-8000 | Product sales & marketing |
| 2828 16th Street NE<br>Calgary, Alberta T2E 7K7 | 403-717-2900 | Regional office |

*Denotes Headquarters Location

| Location | Phone | Activities |
|---|---|---|
| **AMERICAS AFFILIATED COMPANIES** | | |
| **CANON CANADA, INC. (continued)** | | |
| Unit 3926-51 Avenue NW<br>Edmonton, Alberta  T6B 3T5 | 780-426-1280 | Office equipment sales, solutions and service |
| 21 King Street West, Suite 1601<br>Hamilton, Ontario L8P 4W7 | 905-524-3694 | Office equipment sales, solutions and service |
| One London Place, 255 Queens Avenue, Suite 1700<br>London, Ontario N6A 5R8 | 519-858-8778 | Office equipment sales, solutions and service |
| 6390 Dixie Road<br>Mississauga, ON L5T 1P7 | 905-795-1111 | Warehouse |
| 2260 Walkley Road, Suite 100<br>Ottawa, Ontario K1G 6A8 | 613-248-8060 | Office equipment sales, solutions and service |
| 1800 Semple St<br>Quebec City, Quebec | 418-687-5630 | Office equipment sales, solutions and service |
| 10851 Shellbridge Way<br>Richmond, British Columbia | 604-296-8000 | Office equipment sales, solutions and service |
| 175 Bloor Street East, South Tower, Suite 1200<br>Toronto, Ontario M4W 3R8 | 416-491-9330 | Office equipment sales, solutions and service |
| 800 Boulevard Rene-Levesque, Suite 2400<br>Montréal, Québec H3B 1X9 | 514-342-8821 | Office equipment sales, solutions and service |
| 8801 Trans Canada Highway<br>Saint-Laurent, Québec H4S 1Z6 | 514-342-8821 | Regional office |
| 4767 Levy Street<br>Saint-Laurent, Québec H4R 2P9 | 514-745-6363 | Professional and large format production printing sales and service |
| **CANON CHILE S.A.** | | |
| * Miraflores 383, Piso 9, Edificio Torre Centenario<br>Santiago, Chile | +56 2 2 4776100 | Product sales & marketing |
| **CANON MEXICANA, S. de R.L. de C.V.** | | |
| * Boulevard Manuel Avila Camacho #138<br>Pisos 17, Col. Lomas de Chapultepec<br>Mexico City, Mexico 11000 | +52 5249 4900 | Product sales & marketing |
| **CANON PANAMA S.A.** | | |
| * Condado Business Center, Torre 2, Piso 5<br>Via Ricardo J. Alfaro<br>Panamá, Republic of Panamá | +011 507-279-8900 | Product sales & marketing |

\* Denotes Headquarters Location

| Location | Location |
|---|---|
| **CANON SOLUTIONS AMERICA — REGIONAL OFFICES (continued)** | |
| 1030 London Drive, Suite 200<br>Birmingham, AL 35211<br>912-966-5100 | 5910 Pacific Center Blvd, Suite 120<br>San Diego, CA  92121<br>858-202-3900 |
| 217 Graceland Drive, Suite 1<br>Dothan, AL 36305<br>334-7930-6711 | 201 California Street, Suite 100<br>San Francisco, CA 94111<br>415-743-7300 |
| 11 North Water Street, 10th Floor<br>Mobile, AL 36602 | 3300 North First Street<br>San Jose, CA 95134<br>408-468-2000 |
| 250 Commerce Street<br>Montgomery, AL 36104<br>334-265-9578 | 300 Westmont Drive<br>San Pedro, CA 90731<br>310-217-3770 |
| 270 Kilgore Lane<br>Tuscaloosa, AL 35401 | 1350 Treat Boulevard, Suite 150<br>Walnut Creek, CA 94596<br>925-875-1384 |
| 1401 West Capital Ave, Suite 230<br>Little Rock, AR 72201<br>501-376-2679 | 7002 South Revere Parkway, Suite 80<br>Centennial, CO 80112<br>303-209-8300 |
| 1475 North Scottsdale Road, Suite 130 & 400<br>Scottsdale, AZ 85257<br>480-295-3040 | 14 Inverness Drive East, Suite G-140<br>Englewood, CO 80112<br>844-443-4636 |
| 203 S Waterman Avenue, Suite C<br>El Centro, CA 92243<br>760-352-2857 | 110-112 Prestige Park Road<br>East Hartford, CT 06108<br>860-509-3020 |
| 207 Goode Avenue, Suite 400 & 110<br>Glendale, CA 91203<br>818-630-8305 | 845 Brook Street, Building 2<br>Rocky Hill, CT 06067<br>860-257-3121 |
| 15975 Alton Parkway<br>Irvine, CA 92618<br>949-453-6900 | 200 Bellevue Parkway, Suite 101<br>Wilmington, DE 19809<br>302-792-0202 |
| 161 S. Vasco Road<br>Livermore, CA 94551<br>925-230-1124 | 4530 Conference Way South<br>Boca Raton, FL 33431<br>561-997-3100 |
| 3900 Kilroy Airport Way, Suite 300<br>Long Beach, CA 90806<br>562-285-1700 | 4560 Communication Avenue<br>Boca Raton, FL 33421<br>561-997-3100 |
| 3237 East Guasti Road, Suite 200<br>Ontario, CA 91761<br>909-975-6700 | 10401 Deerwood Park Boulevard, Suite 2110<br>Jacksonville, FL 32256<br>904-296-0772 |
| 3835 North Freeway Boulevard, Suite 110<br>Sacramento, CA 95834<br>916-419-6982 | 2600 Maitland Center Parkway, Suite 170<br>Maitland, FL 32751<br>407-712-1700 |

| Location | Location |
|---|---|
| **CANON SOLUTIONS AMERICA — REGIONAL OFFICES** | |
| 7975 NW 154th Street<br>Miami Lakes, FL 33016<br>305-231-1080 | 6915 Innovation Drive, Unit 3<br>Fort Wayne, IN 46818<br>260-436-7395 |
| 7803 Southland Boulevard, Suite 202<br>Orlando, FL 32809<br>407-393-2220 | 2420 Viridian Drive, Suite A & B<br>South Bend, IN 46628<br>574-271-8541 |
| 113 South Monroe Street<br>Tallahassee , FL 33607<br>407-782-9747 | 7300 W. 110th Street, Suite 140<br>Overland Park, KS 66210<br>913-323-5010 |
| 7650 W. Courtney Campbell Causeway, Suite 100<br>Tampa, FL 33607<br>813-222-2121 | 1131 Southwest Winding Road, Space F<br>Topeka, KS 66614<br>785-232-8222 |
| 5625 Oakbrook Parkway<br>Norcross, GA 30093<br>678-728-4400 | 801 E. Douglas Avenue<br>Wichita, KS 67202<br>316-315-5700 |
| 7001 Chatham Center Drive, Suite 2300<br>Savannah, GA 31405<br>912-966-5100 | 2285 Executive Drive, Suite 110<br>Lexington, KY 40505<br>859-264-8881 |
| 317 Plant Avenue, Suite K<br>Waycross, GA 31501 | 10200 Forest Green Boulevard<br>Louisville, KY 40223<br>502-214-6250 |
| 1333 Burr Ridge Parkway, Suite 175<br>Burr Ridge, IL 60527<br>630-789-4130 | 11115 Industriplex Boulevard, Suite 303<br>Baton Rouge, LA 70809<br>225-755-7230 |
| 225 West Washington Street, Suite 600<br>Chicago, IL 60606<br>312-986-0100 | 4752 Highway 311, Suite 104<br>Houma, LA 70360<br>985-868-4165 |
| 100 Park Boulevard<br>Itasca, IL 60143<br>360-250-6281 | One Lake Shore Drive, Suite 1260<br>Lake Charles, LA 70629<br>337-436-2237 |
| 1800 Bruning Drive West<br>Itasca, IL 60143<br>630-351-2900 | 3850 N. Causeway Boulevard, Suite 110<br>Metairie, LA 70002<br>504-837-4993 |
| 425 N. Martingale Road, Suite 100, 1400 & 1600<br>Schaumburg, IL 60173<br>847-706-3400 | 75 State Street, 1st Floor<br>Boston, MA  02109<br>617-423-4500 |
| 10350 Beaudin Boulevard<br>Woodridge, IL 60517<br>630-343-3605 | 3 Allied Drive, 3rd Floor<br>Dedham, MA 02026<br>617-423-4500 |
| 630 West Carmel Drive, Suite 130<br>Carmel, IN 46032<br>317-569-5060 | 6011 University Boulevard, Suite 460<br>Ellicott City, MD 21043<br>410-480-7100 |

CANON_981_00015434

| Location | Location |
|---|---|
| **CANON SOLUTIONS AMERICA — REGIONAL OFFICES** ||
| 75 John Roberts Road, Suite 12B<br>South Portland, ME 04106<br>207-774-5936 | 8000 Midlantic Drive, Suite 110N<br>Mount Laurel, NJ 08054<br>856-291-3900 |
| 330 East Beltline Avenue NE, Suite 201<br>Grand Rapids, MI 49506<br>616-464-7600 | 115 West Century Road, Suite 370<br>Paramus, NJ 07652<br>201-225-7200 |
| 39555 Orchard Hill Place, Suite 190 & L90<br>Novi, MI 48375<br>248-735-5700 | 2420 Comanche Road NE<br>Albuquerque, NM 87107<br>505-830-2826 |
| 880 Blue Gentian Road, Suite 100<br>Eagan, MN 55121<br>952-852-8500 | 731 Pilot Road, Suite J<br>Las Vegas, NV 89119<br>702-473-7300 |
| 6 Cityplace Drive, Suite 100<br>Creve Coeur, MO 63141<br>314-432-9800 | 18 Corporate Woods Boulevard<br>Albany, NY 12211<br>518-465-2220 |
| 119 E. Marketridge Road, Suite A<br>Ridgeland, MS 39157<br>601-206-9039 | 90 Merrick Avenue, Suite 204<br>East Meadow, NY 11554<br>516-247-4900 |
| 8720 Red Oak Boulevard, Suite 502<br>Charlotte, NC 28217<br>704-523-4830 | 121 W. Main St, Suite 3<br>Endicott, NY 13760 |
| 4319 South Alston Avenue, Suite 101<br>Durham, NC 27713<br>919-484-9270 | 125 Park Avenue, 9th and 10th Floors<br>New York, NY 10017<br>212-850-1000 |
| 9300 Underwood Avenue<br>Omaha, NE 68128<br>402-592-9130 | 5 West 37th Street, Suite 1001<br>New York, NY 10018<br>212-850-1922 |
| 15 Constitution Drive<br>Bedford, NH 03110<br>603-472-8119 | 1133 Westchester Avenue<br>White Plains, NY 10604<br>914-286-8915 |
| 300 Commerce Square Boulevard<br>Burlington, NJ 08016<br>609-699-4700 | 5200 Upper Metro Place, Suite 150<br>Dublin, OH 43017<br>614-889-7550 |
| 11 Commerce Drive, Suite 204<br>Cranford, NJ 07016<br>908-709-2900 | 6100 Oak Tree Boulevard, Suite 150<br>Independence, OH 44131<br>216-446-3830 |
| 24 Engelhard Drive, Suite B<br>Monroe Township, NJ 08831<br>609-699-4700 | 2525 Rohr Road, Suite D<br>Lockbourne, OH 43137<br>614-662-9923 |
| 100 Ridge Road<br>Jamesburg, NJ 08831<br>732-521-7000 | 4900 Parkway Drive, Suite 170<br>Mason, OH 45040<br>513-229-8020 |

CANON_981_00015435

| Location | Location |
|---|---|
| **CANON SOLUTIONS AMERICA — REGIONAL OFFICES** ||
| 1724 Indian Wood Circle, Suite F<br>Maumee, OH 43537<br>419-897-9244 | 3200 Regent Boulevard<br>Irving, TX 76053<br>847-706-3755 |
| 9401 SW Nimbus Avenue<br>Beaverton, OR 97008<br>503-644-7600 | 17115 San Pedro Avenue, Suite 100<br>San Antonio, TX 78232<br>210-901-5667 |
| 3539 Heathrow Way, Suite 108<br>Medford, OR 97504<br>541-200-6009 | 298 Mercer Way<br>Salt Lake City, UT 84115<br>801-461-7600 |
| 6650 N. Basin Avenue, Building 4, Suite D<br>Portland, OR 97217<br>844-443-4636 | 6464 General Green Way, Suite E<br>Alexandria, VA 22312<br>844-443-4636 |
| 500 Lindbergh Drive, Suite 550<br>Coraopolis, PA 15108<br>412-474-1500 | 4100 N. Fairfax Drive<br>Arlington, VA 22203 |
| 800 Enterprise Road, Suite 105<br>Horsham, PA 19044<br>215-674-1717 | 850 Greenbrier Circle<br>Chesapeake, VA 23320 |
| 5020 Ritter Road, Suite 111<br>Mechanicsburg, PA 17055<br>717-796-9204 | 3901 Westerre Parkway, Suite 110<br>Richmond, VA 23233<br>804-270-0708 |
| 1650 Market Street, Suite 360<br>Philadelphia, PA 19103<br>215-567-0303 | 520 Avenue D<br>Williston, VT 05495<br>802-860-0744 |
| 1320 Main Street, Suite 300<br>Columbia, SC 29201<br>803-791-3215 | 8601 W. Clearwater Avenue<br>Kennewick, WA 99336<br>509-736-7577 |
| 4707 Papermill Road, Suite 101<br>Knoxville, TN 37909<br>865-330-7100 | 10102 E. Knox Avenue, Suite 300<br>Spokane, WA 99206<br>509-835-1272 |
| 402 BNA Drive, Building 100, Suite 360<br>Nashville, TN 37217<br>615-259-0229 | 12856 Interurban Avenue S, Building 1<br>Tukwila, WA 98168<br>206-694-1800 |
| 12515 Research Boulevard, Building 7, Suite 110<br>Austin, TX 78759<br>512-506-9590 | 20800 Swenson Drive, Suite 110<br>Waukesha, WI 53186<br>262-785-4300 |
| 7510 Calder Avenue<br>Beaumont, TX 77706<br>409-866-2422 | |
| 2930 W. Sam Houston Parkway North, Suite 125<br>Houston, TX 77043<br>713-329-2100 | |

CANON_981_00015436



CANON_981_00015437