# EXHIBIT I
# (PUBLIC VERSION)

| Corporate Office (/internet/portal/us/home/about/contact-us/#tab00010002) | Sales Subsidiaries (/internet/portal/us/home/about/contact-us/#tab00010003) |
|---|---|
| Latin America (/internet/portal/us/home/about/contact-us/#tab00010004) | Manufacturing (/internet/portal/us/home/about/contact-us/#tab00010005) |
| Research and Development (/internet/portal/us/home/about/contact-us/#tab00010006) | North America (/internet/portal/us/home/about/contact-us/#tab00010007) |

Canon U.S.A., Inc.

One Canon Park

Melville, NY 11747

Phone: 631-330-5000


Canon U.S.A. Latin America Group

One Canon Park

Melville, NY 11747

U.S.A.

Phone: 631-330-7200

Website:


Media Contact

Public Relations Department

Corporate Communications Division

One Canon Park

Melville, NY 11747

E-mail:

# Contact Us



## Corporate Office

One Canon Park, Melville, NY 11747
General Inquiries: 1-844-443-INFO (4636)

## Local Offices

Use our office locator to find a location near you (http://l.csa.canon.com/).

## Social Media

Facebook (https://www.facebook.com/CanonSolutionsAmerica) | Twitter (https://twitter.com/Canon_Solutions) | LinkedIn (https://www.linkedin.com/company/canon-solutions-america) | YouTube (https://www.youtube.com/c/CanonSolutionsAmerica)

| General Inquiry | Sales Inquiry | Service Request |

## General Inquiry

*Indicates required field

First Name:*

Last Name:*

Email:*

Phone:*

Company:*

Message:*

Would you like to receive marketing information from Canon Solutions America?

◉ Yes

○ No

SUBMIT

Contact Us (/internet/portal/us/csa/contactus)

**1-844-443-INFO (4636)**

Quick Links

COVID-19 Update (/internet/portal/us/csa/company/coronavirus-update)

Newsroom (/internet/portal/us/csa/company/companypressreleases)

Channel Partner Login (http://lfpp.csa.canon.com/dealer)

Careers (/internet/portal/us/csa/company/companycareers)

Meter Reads (/internet/portal/us/csa/support/meterreads)

VPAT Search (/internet/portal/us/csa/support/vpat-search)

Safety Data Sheets (SDS) Search (/internet/portal/us/csa/support/sds-search)

Sitemap (/internet/portal/us/csa/sitemap)

## Legal

Privacy Statement (/internet/portal/us/csa/privacystatement)

Terms of Use (/internet/portal/us/csa/terms-and-conditions)

Terms of Purchase (/internet/portal/us/csa/terms-of-purchase)

## Social

(https://twitter.com/Canon_Solutions)

(https://www.facebook.com/CanonSolutionsAmerica)

(https://www.linkedin.com/company/2193?trk=tyah&trkInfo=tarId%3A1398436455623%2Ctas%3Acanon%20solutions%20america%2Cidx%3A2-1-2)

(https://www.youtube.com/c/CanonSolutionsAmerica)

© 2021 Canon Solutions America, Inc. All rights reserved.

Canon is a registered trademark of Canon Inc. in the United States and elsewhere. All other referenced product names
and marks are trademarks of their respective owners and are hereby acknowledged.