# EXHIBIT J
# (PUBLIC VERSION)

# Our Leadership



## Shinichi (Sam) Yoshida
Chairman and CEO, Canon Solutions America, Inc.

Sam Yoshida brought his expertise back to Canon U.S.A., Inc. in July of 2018, embracing the role of Executive Vice President and General Manager of the Business Information Communications Group (BICG) and Vice Chairman of Canon Solutions America. In April of 2020, Mr. Yoshida was appointed Chairman and CEO of Canon Solutions America. In this dual role, Mr. Yoshida supplies a wealth of knowledge and proven leadership to a dedicated workforce. He continues to help propel the growth of the organization, supporting customer needs and accelerating innovation within an ever-evolving marketplace.

The foundation of Mr. Yoshida's Canon journey was initiated in Newport News, Virginia, where he was one of three talented individuals selected to establish Canon Virginia, Inc. (CVI). There he provided bold and succinct direction, overseeing the selection of the site facility, construction of the factory, and hiring of staff. Mr. Yoshida spent four years at CVI, which, to this day, continues to play a major role for the company in the areas of manufacturing, recycling, and innovation. He also dedicated a year to training at Canon in the United Kingdom.

His previous experience as vice president and general manager, Marketing, for Canon U.S.A.'s Imaging System Group (now BICG) between 1991 and 2014 provided the building blocks for his strong business acumen. When he was appointed Group Executive, Corporate

Systems Division, Office Imaging Products, Canon Inc., he further accelerated his management growth, leading to a transfer to Canon Canada as senior vice president and general manager for the Imaging Systems Group in 2016.

Mr. Yoshida embodies Canon's corporate philosophy of Kyosei, which promotes the idea of living and working together for the common good. His commitment and enthusiasm for the industry, his leadership team, and colleagues are showcased daily.

# Peter Kowalczuk
## President

Peter Kowalczuk was appointed President of Canon Solutions America on January 1, 2018. With decades of industry experience, Mr. Kowalczuk brings a fresh perspective on ensuring all Canon Solutions America customers enjoy optimized productivity through customized solutions that best fulfill their needs. As President, Mr. Kowalczuk continues the tradition of unity and teamwork that is the strong foundation that the company is built upon, which translates to a prevailing spirit of collaboration and trust with our customers.

Previously, as Executive Vice President of Zone Operations & Marketing of the Enterprise Services & Solutions organization, Mr. Kowalczuk's leadership established a strong corporate culture that allowed the division to deliver on its mission to drive productivity and sustainability for businesses of all sizes and in all industries. These objectives served to create value for our customers not just through hardware, but software, managed print services, and professional services as well.

Mr. Kowalczuk began his career in 1984 with Ambassador Office Equipment, Inc., one of the four companies that would eventually become Canon Business Solutions, Inc. In recent years, he played an integral role in the merger of that company with Océ North America to create Canon Solutions America.

Building on this achievement as well as his determination to foster the growth and advancement of individual employees as well as the company as a whole, Mr. Kowalczuk's long tenure brings a unique viewpoint and distinguished leadership to the executive team of Canon Solutions America.

# Francis McMahon

## Executive Vice President, Production Print Solutions

Francis McMahon is responsible for driving growth and profitability for the Production Print Solutions division of Canon Solutions America.

Before assuming responsibility for the entire Production Print Solutions division, Mr. McMahon led the overall marketing and sales operations strategy for that division. A seasoned executive, Mr. McMahon leverages more than 20 years of experience in the printing industry in the areas of strategy, product marketing, business development, sales training and development, lead generation, marketing communications and press and analyst relations. His in-depth experience in the printing industry provides the insight and expertise required to develop strategic tools, programs and solutions that help Canon Solutions America customers prosper and grow in an increasingly competitive business environment.

As an active member of the printing community, Mr. McMahon is a member of the Graphic Communications Scholarship Foundation, the Electronic Document Systems Foundation, and thINK—an independent community of Canon Solutions America production print customers, solutions provider, and employees. He is a former member of the National Association of Printing Leadership Board, and the NYU Graphic Communications Management and Technology M.A. Program Advisory Board. In 2007, he was inducted into the Soderstrom Society.

Mr. McMahon brings a resourceful ingenuity and steadfast attitude to his position, while encouraging those around him to use out-of-the-box methods when developing ways to further enhance productivity and efficiency.

# Nobuyuki "Nobby" Nishiyama

## Senior Vice President & General Manager, Administration and Corporate Planning

With a career spanning production, sales, operations, and development, Nobuyuki "Nobby" Nishiyama is poised to bring his unique business outlook and strong leadership style to Canon Solutions America's Administration, Corporate Planning and Corporate

Communications divisions.

Mr. Nishiyama began his career in 1985 with a position in Production Management with Canon Inc. in Japan. In his over 30 years with Canon, he has spent 21 years in sales organizations, working in six different countries including Panama, Chile, Germany, and the UK. He has spent the past seven years in the U.S. with Canon Solutions America, with additional responsibilities in Canon U.S.A.

Having spent time working for both direct and indirect channels, Mr. Nishiyama brings a comprehensive viewpoint to his current position. Additionally, he has spent the majority of his career with local sales organizations, working directly with the teams who support customers on a daily basis, which has given him invaluable insight into the needs and requirements of the customer.

With his broad experience across the Canon organization, Mr. Nishiyama brings a distinctive and indispensable perspective to the executive team.

# Mohcine Sam El Bouhali

Senior Vice President, IT and Business Process Reengineering

Sam Bouhali provides the keen vision and effective leadership for the digital transformation of Canon Solutions America. He is responsible for driving the strategy, planning, and implementation of all activities related to information technology, information security, data analytics, and business process reengineering.

Mr. Bouhali joined Canon U.S.A., Inc. in 2003. He began his career with the company as a member of the Canon U.S. Information Technology Group, and in 2007 transferred to Canon Business Solutions, Inc., the predecessor of Canon Solutions America.

Previously, Mr. Bouhali was vice president of Business Process Reengineering where he was a key member of the executive team responsible for the robust growth of Canon Solutions America in its first five years as a company. Mr. Bouhali managed the business processes and systems integration of all Canon Solutions America acquired companies. He has been integral to the development and maintenance of the computing application systems and infrastructure that provides strong support for Canon Solutions America's internal and external customers and associated companies.

# Charles Bruschi
## Senior Vice President, Finance, Accounting & Budget

Responsible for all finance, accounting, and credit and collections, Charles Bruschi has leveraged almost a decade of experience with Canon USA, Inc. to build the corporate finance division for Canon Solutions America. Mr. Bruschi led the finance group through the integration of Canon Business Solutions and Océ North America to create a unified finance function. He continues to manage the day-to-day operations while overseeing the ongoing further combination of financial systems and streamlining of operations.

Mr. Bruschi's career experience is comprised of senior positions across several industries, including financial services, healthcare, information services, and consumer electronics. He is a CPA, having initially worked for ten years at Coopers & Lybrand.

With Canon USA since 2005, Mr. Bruschi eagerly accepted the opportunity to lead the finance group upon the formation of Canon Solutions America in 2013, knowing that it would provide a unique opportunity to be involved with an exciting new company from its inception.

# Brian Gallipeau
## Senior Vice President, Service

As leader of Canon Solutions America's field service organization, Brian Gallipeau drives greater customer satisfaction by utilizing his significant industry experience and building on the company's reputation for outstanding service and quality. Supported by the exceptional talent, cutting edge technology, and world class service approach of Canon Solutions America, Mr. Gallipeau leads a nationwide team of professionals delivering top-notch technical service and support, customer training, and call center operations, encompassing all the company's business units and products.

Mr. Gallipeau has been with the Canon organization since 2005. In his prior role as Vice President, Field Service, he oversaw 24/7 service operations for the large format and production printing business units. With nearly 30 years of imaging industry experience, coupled with an extensive knowledge of technology and engineering cultivated throughout his career, Mr. Gallipeau brings an innovative approach to all aspects of our business.

# Julie McMahon

As an ASQ Certified Six Sigma Black Belt and IEEE member, with degrees in computer engineering, finance, and strategy, Mr. Gallipeau's focus is to unite functional areas including logistics, sales, marketing, and finance to optimize service execution and strategy for the organization.

## Senior Vice President, Marketing, Sales Operations & Business Development

A dynamic leader with a passion for inspiring people while achieving excellent business results, Julie McMahon graduated with a Bachelor of Science degree in Business Administration from the University of Illinois, Champaign-Urbana. She joined Canon in 1995 and started her career in Sales to learn the business from the front lines, which made her eventual progression into a marketing career seamless.

In 2002, she transitioned into Marketing where she was a part of an organic growth initiative for the company's Central U.S. subsidiary. After years of heading product marketing, Ms. McMahon was relocated to New York in 2011 to lead Marketing for Canon Solutions America's Enterprise Services & Solutions business unit. Known for her keen ability to work on complex projects, Ms. McMahon built on these skills to take advantage of an opportunity to build a Marketing Technology team in 2015. Currently, she is the Sr. Vice President of Marketing, Sales Operations, and Business Development. In addition to her traditional product and field marketing role, Ms. McMahon leads Marketing Technology, Marcom, Strategic Pricing, and Global Managed Services Marketing. She also heads the company's Business Development team located in Itasca, IL.

Ms. McMahon is passionate about giving back and participates in Emerging Leader programs and regularly takes on mentorship roles both formal and informal. She is on the steering committee for the company's Women in Leadership Levels (WiLL) program and heads the professional development initiative. Ms. McMahon is also a member of the Long Island Association's Women's Collaborative.

# N. Scott Millar
## Senior Vice President, Human Resources

N. Scott Millar designs and implements powerful people strategies for Canon's operations throughout North and South America, driving continuous growth and progress across multiple business sectors as senior vice president and general manager, Corporate Human Resources, Corporate Communications and Corporate Audit, Ethics, and Business Consultation for Canon U.S.A., and senior vice president Human Resources for Canon Solutions America.

Mr. Millar's integral areas of focus include talent acquisition, talent and leadership development, total rewards, employee engagement, and Human Resources operations and support. He has been with Canon since 1992, and previously served as senior director, Human Resources, for both Canon Virginia and Canon BioMedical, as well as vice president and general manager of Human Resources for Canon U.S.A., which he joined in April of 2016.

With a profound and diverse track record of developing and nurturing Human Resources strategies and initiatives, Mr. Millar parlays his strong leadership in overseeing multiple divisions across Canon Americas.

## Robert Reddy

Senior Vice President, Large Format Solutions, Operations

Robert Reddy is responsible for all sales and marketing programs and financial management within the Large Format Solutions division of Canon Solutions America. With the benefit of his many years of experience and extensive knowledge of the business and the marketplace, Mr. Reddy oversees all strategic decision making and business programs for the Large Format Solutions division.

Mr. Reddy joined the Canon family of companies in 2009 as the Vice President of Sales for Océ North America, Inc., which was acquired by Canon Inc. that same year.

Following the integration of Canon Business Solutions and Océ North America in 2013, Mr. Reddy took on the same role within the large format business unit of the newly formed Canon Solutions America. During this time, he was responsible for the implementation of sales across the Large Format Solutions division, located in Itasca, Illinois.

Instrumental in the development and improvement of the sales methodology within the Large Format Solutions division, Mr. Reddy has led a team that has delivered profitable growth throughout his tenure with the company.

## Contact Us (/internet/portal/us/csa/contactus)

**1-844-443-INFO (4636)**

## Quick Links

COVID-19 Update (/internet/portal/us/csa/company/coronavirus-update)

Newsroom (/internet/portal/us/csa/company/companypressreleases)

Channel Partner Login (http://lfpp.csa.canon.com/dealer)

Careers (/internet/portal/us/csa/company/companycareers)

Meter Reads (/internet/portal/us/csa/support/meterreads)

VPAT Search (/internet/portal/us/csa/support/vpat-search)

Safety Data Sheets (SDS) Search (/internet/portal/us/csa/support/sds-search)

Sitemap (/internet/portal/us/csa/sitemap)

## Legal

Privacy Statement (/internet/portal/us/csa/privacystatement)

Terms of Use (/internet/portal/us/csa/terms-and-conditions)

Terms of Purchase (/internet/portal/us/csa/terms-of-purchase)

## Social

(https://twitter.com/Canon_Solutions)

(https://www.facebook.com/CanonSolutionsAmerica)

(https://www.linkedin.com/company/2193?trk=tyah&trkInfo=tarId%3A1398436455623%2Ctas%3Acanon%20solutions%20america%2Cidx%3A2-1-2)

(https://www.youtube.com/c/CanonSolutionsAmerica)

© 2021 Canon Solutions America, Inc. All rights reserved.

Canon is a registered trademark of Canon Inc. in the United States and elsewhere. All other referenced product names and marks are trademarks of their respective owners and are hereby acknowledged.