# **EXHIBIT K**
# **(PUBLIC VERSION)**

**Exhibit K[1]**

CUSA and CSA sell the same products including the products listed below:

| | |
|---|---|
| Production Print Systems | VarioStream 4000 |
| Production Print Systems | ProStream 1000 Series |
| Production Print Systems | ColorStream 6000 series |
| Production Print Systems | ColorStream 8000 series |
| Production Print Systems | JetStream Dual Color Inkjet |
| Production Print Systems | varioPRINT 6330 TITAN |
| Production Print Systems | varioPRINT 6270 TITAN |
| Production Print Systems | varioPRINT 6220 TITAN |
| Production Print Systems | varioPRINT 6180 TITAN |
| Production Print Systems | varioPRINT 140/130/115 |
| Production Print Systems | imagePRESS C10010VP/C9010VP |
| Production Print Systems | imagePRESS C910/C810 |
| Production Print Systems | imagePRESS C710 |
| Production Print Systems | imagePRESS C710CA |
| Production Print Systems | imagePRESS Lite C165/C170 |
| Production Systems | VarioPrint i-series+ |
| Production Systems | varioPRINT iX-series |
| Large Format Printers & Scanners | Arizona 318 GL |
| Large Format Printers & Scanners | Arizona 365 GT |
| Large Format Printers & Scanners | Arizona 135 GT |
| Large Format Printers & Scanners | Arizona 1200 Series |
| Large Format Printers & Scanners | Arizona 1300 Series |
| Large Format Printers & Scanners | Arizona 2200 Series |
| Large Format Printers & Scanners | Arizona 2300 Series |
| Large Format Printers & Scanners | Arizona 6100 series XTS |
| Large Format Printers & Scanners | Colorado 1630 |
| Large Format Printers & Scanners | Colorado 1640 |
| Large Format Printers & Scanners | Colorado 1650 |
| Large Format Printers & Scanners | ColorWave 3600/3800 Series |
| Large Format Printers & Scanners | PlotWave 3000/3500 Series |
| Large Format Printers & Scanners | PlotWave 5000/5500 Series |
| Large Format Printers & Scanners | PlotWave 7500 Series |
| Large Format Printers & Scanners | imagePROGRAF TZ-30000 |
| Large Format Printers & Scanners | imagePROGRAF TZ-30000 MFP Z36 |
| Large Format Printers & Scanners | imagePROGRAF TX-3100 |
| Large Format Printers & Scanners | imagePROGRAF TX-3100 MFP Z36 |

---

[1] Information contained herein was obtained from Canon U.S.A. Inc. and Canon Solutions America's websites, at https://csa.canon.com/internet/portal/us/csa/products/ and
https://www.usa.canon.com/internet/portal/us/home/products/.

1

| | |
|---|---|
| Large Format Printers & Scanners | imagePROGRAF TX-4100 |
| Large Format Printers & Scanners | imagePROGRAF TX-4100 MFP Z36 |
| Large Format Printers & Scanners | imagePROGRAF PRO-2100 |
| Large Format Printers & Scanners | imagePROGRAF PRO-4100S |
| Large Format Printers & Scanners | imagePROGRAF PRO-4100 |
| Large Format Printers & Scanners | imagePROGRAF PRO-6100S |
| Large Format Printers & Scanners | imagePROGRAF PRO-6100 |
| Large Format Printers & Scanners | imagePROGRAF TA-20 |
| Large Format Printers & Scanners | imagePROGRAF TA-20 MFP L24ei |
| Large Format Printers & Scanners | imagePROGRAF TA-30 |
| Large Format Printers & Scanners | imagePROGRAF TA-30 MFP L36ei |
| Large Format Printers & Scanners | imagePROGRAF TM-200 |
| Large Format Printers & Scanners | imagePROGRAF TM-200 MFP L24ei |
| Large Format Printers & Scanners | imagePROGRAF TM-300 |
| Large Format Printers & Scanners | imagePROGRAF TM-300 MFP L36ei |
| Large Format Printers & Scanners | imagePROGRAF TM-300 MFP Z36 |
| Large Format Printers & Scanners | imagePROGRAF TM-305 |
| Large Format Printers & Scanners | imagePROGRAF TM-305 MFP Z36 |
| Large Format Printers & Scanners | 24" Graphtec Cutter and Colorbyte Software Bundle |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C7780i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C7770i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C7765i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE C7580i III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE C7570i III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE C7565i III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C5870i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C5860i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C5850i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C5840i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C3835i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C3830i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C3826i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C5750i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C5740i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C5735i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C3730i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C3725i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE C5560i III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE C5535i III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C568iFZ |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C568iF |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C478iFZ |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C478iF |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C477iFZ |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C477iF |

| | |
|---|---|
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C357iF |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX C257iF |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE C475iFZ III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE C475iF III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 8705i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 8795i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 8786i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 6870i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 6860i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 6780i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 6765i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 6755i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 4751i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 4745i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 4735i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 4725i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE 6565i III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE 4751i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE 4745i |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE 4535i III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE 4525i III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 717iFZ |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 717iF |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 617iFZ |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 617iF |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 527iFZ |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE DX 527iF |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE 715iFZ III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE 715iF III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE 615iFZ III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE 615iF III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE 525iFZ III |
| Multifunction Printers/Copiers | imageRUNNER ADVANCE 525iF III |
| Printers | Color imageCLASS X LBP1538C |
| Printers | imageCLASS X LBP1238 II |
| Printers | Color imageCLASS X LBP1127C |
| Printers | imageCLASS X LBP1238 |
| Printers | Color imageCLASS LBP664Cdw |
| Printers | imageCLASS LBP325dn |
| Printers | imageCLASS LBP228dw |
| Printers | imageRUNNER 1643P |
| Printers | Color imageCLASS LBP712Cdn |
| Printers | imageCLASS LBP352dn |
| Printers | imageCLASS LBP351dn |
| Printers | imageCLASS LBP215dw |

3

| | |
|---|---|
| Printers | imageCLASS LBP654Cdw |
| Scanners | imageFORMULA DR-X10C II |
| Scanners | imageFORMULA DR-G2110 |
| Scanners | imageFORMULA DR-G2140 |
| Scanners | imageFORMULA DR-G2140 USB |
| Scanners | imageFORMULA DR-G2110 USB |
| Scanners | imageFORMULA DR-G2090 USB |
| Scanners | imageFORMULA ScanFront 400 |
| Scanners | imageFORMULA ScanFront 400 CAC/PIV |
| Scanners | imageFORMULA DR-S150 |
| Scanners | imageFORMULA DR-6010C |
| Scanners | imageFORMULA DR-6030C |
| Scanners | imageFORMULA DR-M160II |
| Scanners | imageFORMULA DR-M1060 |
| Scanners | imageFORMULA DR-M260 |
| Scanners | imageFORMULA DR-C225W II |
| Scanners | imageFORMULA DR-M140 |
| Scanners | imageFORMULA DR-C240 |
| Scanners | imageFORMULA DR-C230 |
| Scanners | imageFORMULA DR-C225 II |
| Scanners | imageFORMULA DR-F120 |
| Scanners | imageFORMULA CR-190i II |
| Scanners | imageFORMULA CR-120N |
| Scanners | imageFORMULA CR-120 |
| Scanners | imageFORMULA CR-150 |
| Scanners | imageFORMULA CR-L1 |
| Scanners | imageFORMULA P-215II Scan-tini |
| Scanners | imageCLASS LBP312dn |
| Projectors | REALiS 4K5020Z Multimedia Laser Projector |
| Projectors | REALiS 4K6020Z Multimedia Laser Projector |
| Projectors | LX-MU500Z Multimedia Projector |
| Projectors | REALiS WUX450ST Multimedia Projector |
| Projectors | REALiS WUX7000Z Multimedia Laser Projector |
| Projectors | LX-MH502Z Multimedia Projector |
| Projectors | REALiS WUX500 Multimedia Projector |
| Projectors | REALiS WUX5800Z Multimedia Laser Projector |
| Projectors | REALiS WUX500ST Multimedia Projector |
| Projectors | LV-X420 Projector |
| Projectors | REALiS WUX6600Z Multimedia Laser Projector |
| Projectors | REALiS WUX6700 Multimedia Projector |
| Projectors | LV-HD420 Projector |
| Projectors | REALiS WUX7500 Multimedia Projector |
| Projectors | REALiS WUX5800 Multimedia Projector |
| Projectors | REALiS 4K600STZ Multimedia Laser Projector |
| Projectors | REALiS 4K600Z Multimedia Laser Projector |

| | |
|---|---|
| Fax Machines | LASER CLASS 650i Multifunction Laser Facsimile |
| Label Printers | LX-D5500 Label Printer |
| Label Printers | LX-D1300 Label Printer |
| Label Printers | LX-P1300 Label Printer |