# EXHIBIT N
# (PUBLIC VERSION)

# In an Unpredictable Industry Landscape, Canon U.S.A. Demonstrates Stability and Financial Soundness During the 2019 Media and Analyst Event

Canon Solutions America Reports Best Year in Equipment Sales in History for its Print Production Division

**MELVILLE, NY, February 28, 2019** – Stability is not a word normally praised; however, in an industry that is navigating through changes, Canon U.S.A. Inc., a leader in digital imaging solutions, shared positive financial results and customer successes during a recent gathering of esteemed industry analysts and media. During the exclusive event, held February 11-12 in Boca Raton, Florida, Canon presenters, including enterprise, wide-format and production printing, echoed a common theme: The Company's stability and growth were due to working closely with clients and providing exceptional customer service and solutions that help ensure high satisfaction.

"With net worldwide sales in 2018 of approximately $36 billion, Canon continues to set itself apart as a strong brand, investing approximately eight percent yearly in R&D to spur technological innovation," said Sam Yoshida, executive vice president and general manager, Canon U.S.A. Inc. "We are optimistic that our growth will remain strong by continuing to support our customer needs and market trends in areas such as cloud/security, offset to digital, vertical markets and digital transformation."

Addressing the topic area of document security features, Canon spoke of the recent announcement of the third generation, third edition of its flagship imageRUNNER ADVANCE line. This was the first launch in which Canon MFPs incorporated Security Information Event Management (SIEM) integration and other cybersecurity feature enhancements that allow for activity monitoring and threat detection.

In response for the need for security, Pete Kowalczuk, president of Canon Solutions America, a wholly owned subsidiary of Canon U.S.A., shared staggering security data numbers and the Company's response to this growing trend. "The average data breach in the U.S. cost businesses $7.91 million last year[1]," Kowalczuk said. "Canon Solutions America is expanding its five-pillar strategy around data security based on: Device, print, document, information and cyber, with new security solutions such as EventSentry and PhishLine from Barracuda."

Outpacing industry growth, the Production Printing Solutions Division reported impressive numbers across all print production areas, 83 billion pages were printed on Canon production devices sold by Canon Solutions America in 2018. Exceeding Canon Solutions America's expectation in one year, the Océ ProStream 1000 contributed greatly to its success with four installs in 2018.

During the one-day event, guests not only attended executive presentations, but were given the opportunity to hear directly from Canon customers and a dealer during three panel discussions that gave unique insight into real-world benefits of using Canon technology and entrusting the brand as a business partner.

Quotes from customers:

- Chuck Wingard, president of Tree Towns Imaging & Color Graphics located outside of Chicago, shared how the Océ Colorado 1640 wide-format printer has impacted the business. "Not only is the technology nearly four times faster than what it replaced, the print is more durable (ideal for installation by general

contractors) and previous issues with dimensional stability have been eliminated.

- Jennifer Gilliland, director of desktop engineering at Phillips 66, a company, shared its Managed Print Services transformation experience with Canon Solutions America. "Canon developed a program specifically with a custom short-term lease program, and a right sizing of the environment with more advanced technologies."
- Kris Tanner, manager, Solutions Support Group, Schneider Electric, also a Global Fortune 500 company, spoke of its relationship with Canon Solutions America: "They do not treat me as a customer, I'm not just a number on the books. Canon is invested in my success and that is a huge part of why we enjoy our relationship."

**About Canon U.S.A., Inc.**

Canon U.S.A., Inc., is a leading provider of consumer, business-to-business, and industrial digital imaging solutions to the United States and to Latin America and the Caribbean markets. With approximately $36 billion in global revenue, its parent company, Canon Inc. (NYSE:CAJ), ranks third overall in U.S. patents granted in 2018[†] and is one of Fortune Magazine's World's Most Admired Companies in 2018. Canon U.S.A. is dedicated to its *Kyosei* philosophy of social and environmental responsibility. To keep apprised of the latest news from Canon U.S.A., sign up for the Company's RSS news feed by visiting and follow us on Twitter @CanonUSA.

# # #

[†]Based on weekly patent counts issued by United States Patent and Trademark Office.

[1] Ponemon, the 2018 Cost of a Data Breach Study: Global Overview.

Availability and specifications are subject to change without notice.

Canon products offer certain security features, yet many variables can impact the security of your devices and data. Canon does not warrant that use of its features will prevent security issues. Some security features may impact functionality/performance; you may want to test these settings in your environment. Neither Canon Inc., Canon U.S.A., Inc., nor Canon Solutions America, Inc. represents or warrants any third-party product or feature referenced hereunder.

Canon does not provide legal counsel or regulatory compliance consultancy, including without limitation, Sarbanes-Oxley, HIPAA, GLBA, Check 21 or the USA Patriot Act. Nothing herein should be construed as legal or regulatory advice concerning applicable laws; customers must have their own qualified counsel determine the feasibility of a solution as it relates to regulatory and statutory compliance.

Canon is a registered trademark of Canon Inc. in the United States and elsewhere. Océ is a registered trademark of Océ-Technologies B.V. in the United States and elsewhere. All other referenced product names and marks are trademarks of their respective owners and are hereby acknowledged.

© 2019 Canon U.S.A., Inc. All rights reserved.