# **EXHIBIT O**
# **(PUBLIC VERSION)**

      
Home   My Network   Jobs

### Glen McClaugherty · 3rd
Senior Account Manager at Canon USA

- Canon USA
- The University of Texas at Dallas

San Antonio, Texas, United States · **Contact info**

500+ connections

Connect   🔒 Message   More

## Activity
742 followers

Posts Glen created, shared, or commented on in the last 90 days are displayed here.

**See all activity**

## Experience


**Senior Account Manager**
Canon USA · Full-time
Mar 2017 – Present · 4 yrs 10 mos
Austin, Texas Area


**Account Manager**

 

Home   My Network   Jobs

Account Manager for Texas

 **Heidelberg**
28 yrs

**Account Manager**
Oct 1986 – May 2014 · 27 yrs 8 mos

Sell full line of Heidelberg equipment and consumables.

**Sales Representive**
1986 – 2009 · 23 yrs

**Account Manager**
Heidelberg USA
Oct 1986 – May 2014 · 27 yrs 8 mos

**Account Manager**
Hedielberg USA Inc.
Oct 1986 – May 2014 · 27 yrs 8 mos

Show 1 more experience ⌄

## Education

 **The University of Texas at Dallas**
Electrical, Sales
1986 – 2000

## Skills & endorsements

**Variable Data Printing** · 53

 Endorsed by **Robert Mastrocola** and **5 others who are highly skilled at this**

 Endorsed by **3 of Glen's colleagues at Eastman Kodak Company**

   Home    My Network    Jobs

 Endorsed by **Vahaaj Khan and 13 others who are highly skilled at this**

 Endorsed by **3 of Glen's colleagues at Eastman Kodak Company**

**Wide Format Printing** · 49

 Endorsed by **Bill Murphy and 1 other who is highly skilled at this**

 Endorsed by **2 of Glen's colleagues at Eastman Kodak Company**

Show more ⌄

## Recommendations

**Received (2)**    Given (3)



**Paul Easley**
Regional Sales Manager at Muller Martini Corp

February 5, 2015, Paul worked with Glen but at different companies

I've known Glen & have competed against him, in the Printing Industry for years. He is a very "solid" Salesperson; very knowledgeable, and an excellent all around account manager. Kodak has truly gained a valuable person !



**Matt Bennett**
Vice President Global Business Strategy, Packaging at Fujifilm Graphic Systems

September 6, 2010, Matt managed Glen directly

It's been my pleasure to have known and worked with Glen for the past sixteen years. As a colleague, Glen was one of the most respected Heidelberg salesmen not only by his peers but by mangement as well as his customers. When I had the opportunity to work closely with Glen, I was amazed at the people … See more

 

Home   My Network   Jobs

 The University of Texas at
174,545 followers

 Printing Industries of Am
35,119 members

 Canon USA
187,238 followers

 Eastman Kodak Company
66,280 followers

 Crocs
47,387 followers

 Heidelberger Druckmasch
52,328 followers

Ad  ···



Noah, explore jobs at **Canon USA** that
match your skills

See jobs

### People also viewed

**Robert Kukral** • 3rd+
Realtor at United Country Gateway Realty

Connect

 **Joe Offutt** • 3rd
Chief Data Scientist

Message

 **Jerry Romine** • 3rd
Regional Sales Specialist at Ag Express Electronics Inc

Message

 **Shannon Sampson** • 3rd
Senior Vice President at HVS