# EXHIBIT P
# (PUBLIC VERSION)

12/26/21, 5:50 PM — Canon Solutions on Twitter: We're thrilled to welcome Craft Signs as the newest owner of an #OceArizona1360 XT printer at @…

Case 6:20-cv-00981-ADA Document 96-18 Filed 01/04/22 Page 2 of 3

**Tweet**

**Canon Solutions** ✓
@Canon_Solutions

We're thrilled to welcome Craft Signs as the newest owner of an #OceArizona1360 XT printer at @printingunited! Together with our very own Rob Reddy and Glen McClaugherty, we congratulate you on your purchase! #PrintCanon #PRINTINGUnited



4:47 PM · Oct 24, 2019 · Khoros Publishing

1 Retweet   1 Quote Tweet   5 Likes

**Search Twitter**

**New to Twitter?**
Sign up now to get your own per…

Sign up with G…
Sign up with A…
Sign up with phone…

By signing up, you agree to the Te… Privacy Policy, including Cookie U…

**Relevant people**

**Canon Solutions** ✓
@Canon_Solutions
Canon Solutions Am… USA Company, deliv… production & large… solutions with excep… teams.

**PRINTING United** …
@PRINTINGUnited
Supporting the Lea… and Screen Printing… PRINTING United A…

**What's happening**

NFL · 1 hour ago
The Los Angeles Rams are i… land of the lakes to take on… Minnesota Vikings for a W… match up
Trending with Stafford

NBA · LIVE
Magic at Heat

NFL · 1 hour ago
Buccaneers at Panthers
Trending with Panthers, Matt Rhu…

NFL · 1 hour ago
The Los Angeles Chargers t… on the Houston Texans at N… Stadium on Sunday
Trending with Chargers, Texans

Los Angeles Times ✓ · Yeste…
Meet the team behind the … Webb Space Telescope

Show more

Don't miss what's happening
People on Twitter are the first to know.

Log in

Explore
Settings

12/26/21, 5:50 PM
Canon Solutions on Twitter: "We're thrilled to welcome Graf.Signs as the newest owner of a @OcéArizona 1360 XT printer at @…

https://twitter.com/Canon_Solutions/status/1187470588954071041
2/2

Twitter

Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in