# EXHIBIT Q
# (PUBLIC VERSION)



Home » North America » Dallas/Fort Worth International Airport (DFW), Dallas, TX » Dallas to Tokyo distance (DFW to NRT)

## Distance between Dallas, TX (DFW) and Tokyo (NRT)

Flight distance from Dallas to Tokyo (Dallas/Fort Worth International Airport – Narita International Airport) is 6427 miles / 10344 kilometers / 5585 nautical miles. Estimated flight time is 12 hours 40 minutes.



## Dallas – Tokyo

| 6427 | 10344 | 5585 |
|---|---|---|
| Miles | Kilometers | Nautical miles |

| 12 h 40 min | 15 h | 775 kg |
|---|---|---|
| Flight duration | Time difference | CO2 emissions |

### Calculate Distance

Search by airport name, city or IATA airport code.

**Origin**

Dallas/Fort Worth International Airport

**Destination**



Home » North America » New York John F. Kennedy International Airport (JFK), New York, NY » New York to Tokyo distance (JFK to NRT)

## Distance between New York, NY (JFK) and Tokyo (NRT)

Flight distance from New York to Tokyo (New York John F. Kennedy International Airport – Narita International Airport) is 6745 miles / 10854 kilometers / 5861 nautical miles. Estimated flight time is 13 hours 16 minutes.



### New York – Tokyo

| | | |
|---|---|---|
| **6745** Miles | **10854** Kilometers | **5861** Nautical miles |
| **13 h 16 min** Flight duration | **14 h** Time difference | **819 kg** $CO_2$ emissions |

### Calculate Distance

Search by airport name, city or IATA airport code.

**Origin**

 New York John F. Kennedy International Airport

**Destination**

 Narita International Airport

 [Calculate Distance] [+] [−]

### How far is Tokyo from New York?

There are several ways to calculate distances between Los Angeles and Chicago. Here are two common methods:

**Vincenty's formula (applied above)**