# EXHIBIT R
# (PUBLIC VERSION)





**Share**

One way · 1 · Economy
# Tokyo → Dallas

Total price from
## $2,163

This airline may be offering additional flexibility for bookings. **More details**

### Selected flights                    Track prices

**DEPARTING FLIGHT · DEC 14**

| 10:55 AM → 7:15 AM |
| HND         DFW |
| Nonstop · 11 hr 20 min · JAL · American    1.49 t $CO_2$ |
| +8% emissions |

1 free carry-on    1st checked bag free

Baggage conditions apply to your entire trip. Bag fees may be higher at the airport. **American bag policy**, **JAL bag policy**

### Booking options



| Book with Gotogate — JL 12 | $2,163 | Select |
| Book with JAL — JL 12 | $2,172 / ¥249,150 | Select |
| Book with Expedia — JL 12 | $2,172 / ¥249,150 | Select |
| ⌄ 8 more booking options |

Total price includes taxes + fees for 1 adult. **Additional bag fees** and other fees may apply.



Language · English (United States)    Location · United States    Currency · USD








One way · 1 · Economy

# Tokyo → New York

**Total price from**
**$1,969**

This airline may be offering additional flexibility for bookings. **More details**

## Selected flights

Track prices

**DEPARTING FLIGHT · DEC 14**

**11:05 AM → 9:50 AM**
HND                JFK
Nonstop · 12 hr 45 min · JAL · American

1.77 t $CO_2$
Avg emissions

1 free carry-on    1st checked bag free

Baggage conditions apply to your entire trip. Bag fees may be higher at the airport. **American bag policy**, **JAL bag policy**

## Booking options

| | | |
|---|---|---|
| **Book with JAL** JL 6 | $1,971 ¥226,150 | Select |
| **Book with CheapOair** JL 6 | $1,981 | Select |
| **Book with Priceline** JL 6 | $1,981 | Select |

⌄ 5 more booking options

Total price includes taxes + fees for 1 adult. **Additional bag fees** and other fees may apply.

**$1,969 is typical for Economy** ⓘ

Prices are unlikely to drop below