# Exhibit S
# PUBLIC VERSION

 Dallas/Fort Worth International Airport to 800 Franklin Avenue, Waco, TX    Drive 113 miles, 1 hr 48 min



Map data ©2021 Google   10 mi

| | via I-35E S and I-35 S | 1 hr 48 min |
|---|---|---|
| | Fastest route now, avoids construction on I-35W S<br>⚠ This route has tolls. | 113 miles |

| | via I-20 E, I-35E S and I-35 S | 1 hr 50 min |
|---|---|---|
| | Slowdown and construction currently causing delays | 116 miles |

| | via I-35W S and I-35 S | 1 hr 54 min |
|---|---|---|
| | Construction currently causing delays | 114 miles |

### Explore 800 Franklin Ave

john f kennedy airport (JFK), Queens, NY to U.S. District Court - Eastern District of New York       Drive 12.3 miles, 1 hr 4 min



Map data ©2021 Google      2 mi

| | via N Conduit Ave and Atlantic Ave | 1 hr 4 min |
|---|---|---|
| | Fastest route now, avoids slowdowns | 12.3 miles |

| | via I-678 N and I-278 W | 1 hr 7 min |
|---|---|---|
| | Slowdowns causing 39-min delay | 18.0 miles |

| | via Grand Central Pkwy and I-278 W | 1 hr 7 min |
|---|---|---|
| | Slowdowns causing 39-min delay | 20.3 miles |

## Explore U.S. District Court - Eastern District of New York