# Exhibit T
**PUBLIC VERSION**

**United States District Courts — National Judicial Caseload Profile**

| | | | 12-Month Periods Ending | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 |
| **Overall Caseload Statistics** | Filings [1] | | 388,042 | 367,157 | 387,190 | 405,236 | 519,341 | 469,750 |
| | Terminations | | 352,704 | 393,885 | 345,155 | 429,308 | 380,391 | 353,351 |
| | Pending | | 456,879 | 428,864 | 488,658 | 461,481 | 599,049 | 715,242 |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 21.1 | 27.9 | 21.3 | 15.9 | -9.5 | |
| | Number of Judgeships | | 677 | 677 | 677 | 677 | 677 | 677 |
| | Vacant Judgeship Months [2] | | 701.5 | 1,115.1 | 1,523.6 | 1,558.7 | 1,012.6 | 783.0 |
| **Actions per Judgeship** | Filings | Total | 573 | 542 | 572 | 599 | 767 | 694 |
| | | Civil | 429 | 401 | 415 | 434 | 622 | 553 |
| | | Criminal Felony | 107 | 101 | 116 | 125 | 110 | 106 |
| | | Supervised Release Hearings | 37 | 40 | 41 | 40 | 35 | 35 |
| | Pending Cases [2] | | 675 | 633 | 722 | 682 | 885 | 1,056 |
| | Weighted Filings [2] | | 492 | 475 | 507 | 528 | 632 | 605 |
| | Terminations | | 521 | 582 | 510 | 634 | 562 | 522 |
| | Trials Completed | | 17 | 17 | 16 | 17 | 13 | 12 |
| **Median Times (Months)** | From Filing to Disposition | Criminal Felony | 7.4 | 7.7 | 7.2 | 7.0 | 6.4 | 10.2 |
| | | Civil [2] | 8.5 | 10.4 | 7.8 | 12.2 | 8.9 | 8.6 |
| | From Filing to Trial [2] (Civil Only) | | 27.1 | 26.6 | 26.9 | 27.2 | 28.4 | 28.3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 53,003 14.3 | 59,375 17.2 | 90,864 22.9 | 58,659 16.1 | 54,664 10.9 | 68,193 11.3 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.2 | 1.2 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 48.4 | 49.4 | 52.0 | 52.3 | 51.5 | 47.9 |
| | | Percent Not Selected or Challenged | 38.1 | 37.5 | 37.3 | 38.1 | 39.6 | 38.0 |

| 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | |
|---|---|---|---|
| Total Civil | 374,250 | Total Criminal[1] | 71,635 |
| A-Social Security | 23,615 | A-Marijuana | 1,156 |
| B-Personal Injury/Product Liability | 147,013 | B-All Other Drugs | 22,165 |
| C-Prisoner Petitions | 49,658 | C-Immigration | 18,426 |
| D-Forfeitures and Penalties | 1,138 | D-Firearms and Explosives | 12,604 |
| E-Real Property | 3,325 | E-Fraud | 6,314 |
| F-Labor Suits | 14,039 | F-Violent Offenses | 2,774 |
| G-Contracts | 26,661 | G-Sex Offenses | 3,415 |
| H-Torts (other than Personal Injury/Product Liability) | 22,060 | H-Forgery and Counterfeiting | 150 |
| Intellectual Property Rights | 11,161 | I-Larceny and Theft | 938 |
| J-Civil Rights | 43,272 | J-Justice System Offenses | 852 |
| K-Antitrust | 560 | K-Regulatory Offenses | 988 |
| L-All Other Civil | 31,748 | L-All Other Criminal | 1,853 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**NEW YORK EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings ¹ | | 8,805 | 8,799 | 8,938 | 8,759 | 7,550 | 8,445 | | |
| | Terminations | | 8,545 | 8,575 | 9,423 | 8,917 | 7,843 | 7,493 | | |
| | Pending | | 12,852 | 13,020 | 12,563 | 12,230 | 11,815 | 12,733 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -4.1 | -4.0 | -5.5 | -3.6 | 11.9 | | 9 | 2 |
| | Number of Judgeships | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | Vacant Judgeship Months ² | | 23.9 | 35.0 | 48.0 | 49.7 | 40.9 | 49.8 | | |
| **Actions per Judgeship** | Filings | Total | 587 | 587 | 596 | 584 | 503 | 563 | 21 | 2 |
| | | Civil | 501 | 505 | 505 | 504 | 435 | 484 | 15 | 2 |
| | | Criminal Felony | 57 | 49 | 51 | 50 | 43 | 54 | 71 | 4 |
| | | Supervised Release Hearings | 29 | 33 | 39 | 30 | 26 | 25 | 56 | 4 |
| | Pending Cases ² | | 857 | 868 | 838 | 815 | 788 | 849 | 12 | 2 |
| | Weighted Filings ² | | 547 | 521 | 543 | 549 | 483 | 558 | 21 | 3 |
| | Terminations | | 570 | 572 | 628 | 594 | 523 | 500 | 27 | 2 |
| | Trials Completed | | 15 | 17 | 15 | 10 | 12 | 7 | 70 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 23.2 | 19.7 | 21.6 | 21.1 | 20.1 | 25.2 | 94 | 6 |
| | | Civil ² | 9.0 | 9.5 | 8.1 | 8.7 | 8.5 | 8.3 | 25 | 2 |
| | From Filing to Trial ² (Civil Only) | | 36.2 | 34.5 | 33.5 | 43.9 | 39.7 | 38.8 | 31 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 1,772 17.6 | 1,942 18.9 | 1,761 18.0 | 1,656 17.7 | 1,630 18.5 | 1,839 19.7 | 82 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.4 | 1.4 | 1.3 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 112.8 | 99.6 | 125.7 | 143.7 | 96.2 | 115.8 | | |
| | | Percent Not Selected or Challenged | 49.9 | 51.1 | 45.3 | 41.4 | 49.0 | 31.0 | | |

| 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7,261 | 711 | 113 | 387 | 7 | 90 | 992 | 534 | 711 | 373 | 1,378 | 13 | 1,952 |
| Criminal ¹ | 802 | 17 | 210 | 40 | 135 | 180 | 77 | 44 | 2 | 12 | 10 | 13 | 62 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**TEXAS WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 12,393 | 11,611 | 13,261 | 15,119 | 14,160 | 12,966 | | |
| | | Terminations | 11,153 | 11,872 | 12,310 | 14,540 | 15,090 | 10,203 | | |
| | | Pending | 7,219 | 6,651 | 7,517 | 7,989 | 7,003 | 9,743 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 4.6 | 11.7 | -2.2 | -14.2 | -8.4 | | 68 | 6 |
| | | Number of Judgeships | 13 | 13 | 13 | 13 | 13 | 13 | | |
| | | Vacant Judgeship Months [2] | 12.0 | 21.5 | 24.3 | 14.2 | 0.1 | 1.1 | | |
| **Actions per Judgeship** | **Filings** | Total | 953 | 893 | 1,020 | 1,163 | 1,089 | 997 | 5 | 1 |
| | | Civil | 329 | 279 | 266 | 302 | 343 | 336 | 40 | 4 |
| | | Criminal Felony | 508 | 493 | 644 | 749 | 649 | 566 | 1 | 1 |
| | | Supervised Release Hearings | 117 | 121 | 109 | 112 | 97 | 96 | 5 | 1 |
| | Pending Cases [2] | | 555 | 512 | 578 | 615 | 539 | 749 | 16 | 4 |
| | Weighted Filings [2] | | 753 | 696 | 734 | 800 | 797 | 912 | 4 | 1 |
| | Terminations | | 858 | 913 | 947 | 1,118 | 1,161 | 785 | 8 | 4 |
| | Trials Completed | | 20 | 19 | 20 | 22 | 22 | 19 | 16 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 5.5 | 5.6 | 4.4 | 4.3 | 4.3 | 5.7 | 3 | 2 |
| | | Civil [2] | 6.1 | 7.3 | 7.8 | 7.5 | 6.3 | 7.7 | 17 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 20.4 | 20.8 | 19.1 | 27.4 | 22.4 | 23.8 | 10 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 71 2.3 | 80 2.8 | 87 3.2 | 153 5.2 | 174 5.0 | 194 5.0 | 19 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.1 | 1.1 | 1.1 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 54.4 | 53.2 | 50.8 | 65.5 | 52.1 | 48.6 | | |
| | | Percent Not Selected or Challenged | 46.7 | 40.9 | 43.1 | 39.2 | 43.0 | 40.6 | | |

| 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4,365 | 98 | 78 | 910 | 16 | 73 | 270 | 476 | 468 | 1,021 | 515 | 1 | 439 |
| Criminal [1] | 7,352 | 230 | 1,386 | 4,580 | 513 | 305 | 72 | 94 | 8 | 16 | 30 | 72 | 46 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."