IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTEMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>**CANON, INC.**, and<br>**CANON, U.S.A., INC.**<br><br>　　　　*Defendants*. | 6:20-cv-00981-ADA |

**ORDER GRANTING DEFENDANTS CANON INC. AND
CANON U.S.A., INC.'S OPPOSED CASE MANAGEMENT
MOTION TO STAY PENDING INTER PARTES REVIEW**

This Court, after considering Defendants Canon Inc. and Canon U.S.A., Inc.'s Opposed Case Management Motion to Stay Pending Inter Partes Review ("Motion") and any response and reply thereto, is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that this case is hereby stayed.

SIGNED this _____ day of _____, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALAN D. ALBRIGHT
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE