# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>CANON INC. and CANON U.S.A., INC.,<br><br>Defendants. | §§§§§§§§§§§§§<br><br>Case No.: 6:20-CV-00981-ADA |

**[PROPOSED] ORDER DENYING DEFENDANTS CANON INC. AND CANON U.S.A. INC.'S OPPOSED CASE MANAGEMENT MOTION TO STAY PENDING *INTER PARTES* REVIEW**

This Court, after considering Defendants Canon Inc. and Canon U.S.A. Inc.'s Opposed Case Management Motion to Stay Pending *Inter Partes* Review ("Motion") and any response and reply thereto, is of the opinion that the Motion should be denied.

**IT IS SO ORDERED.**

DATED this ____ day of _____, 2022.

_____
Alan D. Albright
United States District Judge