UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00981-ADA |
| | § | |
| CANON, INC. | § | |

## ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for DISCOVERY HEARING by Zoom on January 24, 2022 at 02:30 PM.

IT IS SO ORDERED this 21st day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE