IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>    *Plaintiff*<br><br>-v-<br><br>CANON, INC. AND CANON U.S.A, INC.,<br>    *Defendants* | 6:20-CV-00981-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER

Came now for consideration is the February 15, 2022, Amended Order (ECF No. 115) that sought to correct a clerical error in the Court's February 11, 2022, Order (ECF No. 112). This Amended Order (ECF No. 115) was entered erroneously and is hereby withdrawn.

SIGNED this 15th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE