IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>   *Plaintiff*,<br><br>v.<br><br>CANON INC. AND CANON U.S.A., INC.<br>   *Defendants.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA |
| CANON INC.,<br>   *Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br>   *Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA |

**JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINE**

TO THE HONORABLE COURT:

  Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Canon Inc. and Canon U.S.A., Inc. (collectively, "Canon") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend a case deadline. Specifically, the Parties have agreed to alter the date to serve final infringement contentions and final invalidity contentions. The Parties have jointly agreed to the following date:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to serve final infringement contentions and final invalidity contentions | February 25, 2022 | March 14, 2022 |

The above case extensions do not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: February 25, 2022                    Respectfully Submitted

/s/ Jonathan K. Waldrop                     /s/ Richard F. Martinelli
Jonathan K. Waldrop (CA Bar No. 297903)     Richard F. Martinelli (*pro hac vice*)
(Admitted in this District)                 rmartinelli@orrick.com
jwaldrop@kasowitz.com                       Joseph A. Calvaruso (*pro hac vice*)
Darcy L. Jones (CA Bar No. 309474)          jcalvaruso@orrick.com
(Admitted in this District )                **ORRICK, HERRINGTON & SUTCLIFFE LLP**
djones@kasowitz.com                         51 West 52nd Street
Marcus A. Barber (CA Bar No. 307361)        New York, NY 10019-6142
(Admitted in this District)                 Tel: (212) 506-5000
mbarber@kasowitz.com                        Fax: (212) 506-5151
John W. Downing (CA Bar No. 252850)
(Admitted in this District)                 John M. Jackson (Texas Bar No. 24002340)
jdowning@kasowitz.com                       jjackson@jw.com
Heather S. Kim (CA Bar No. 277686)          **JACKSON WALKER, LLP**
(Admitted in this District)                 2323 Ross Avenue, Suite 600
hkim@kasowitz.com                           Dallas, TX 75201
**KASOWITZ BENSON TORRES LLP**              Tel: (214) 953-6000
333 Twin Dolphin Drive, Suite 200           Fax: (214) 953-5822
Redwood Shores, California 94065
Telephone: (650) 453-5170                   **ATTORNEYS FOR DEFENDANTS**
Facsimile: (650) 453-5171                   **CANON INC. and CANON U.S.A., INC.**

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE COCHRAN**
**CHERRY, PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone:  (254) 651-3690
Facsimile:   (254) 651-3689

**ATTORNEYS FOR PLAINTIFF**
**WSOU INVESTMENTS, LLC**
**d/b/a BRAZOS LICENSING AND**
**DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served or delivered electronically to all counsel of record on the 25th day of February, 2022.

>                          */s/ John M. Jackson*
>                           John M. Jackson